JPML FORM lA

### DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 457 -- In re Sinking of the Barge RANGER I Casualty Near
Galveston, Texas on May 10, 1979

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 81/01/30 | 1 | MOTION, MEMORANDUM, SCHEDULE OF ACTIONS, CERT. OF SVC. -- Defts. Bethlehem Steel Corp., Mitchell Energy Offshore Corp., Seahorse, Inc. and American Bureau of Shipping SUGGESTED TRANSFEREE DISTRICT:  S. D. Texas SUGGESTED TRANSFEREE JUDGE:              (emh) |
| 81/02/06 | 2 | CROSS MOTION -- Patterson Services, Inc., U.S. Fire Insurance Co. & International Surplus Lines Ins. Co. -- Schedule A (19 actions) (omits A-11 Smith v. Alabama Dry Dock & Shipbuilding Co., E. Louisiana, C.A. No. 80-1690. Memo, cert. of service. Suggested Transferee District:  E.D. Louisiana  (ds) |
| 81/02/09 | 3 | RESPONSE -- Atlantic Pacific Marine Corp. -- w/cert. of svc.  (emh) |
| 81/02/10 | 4 | RESPONSE/MEMORANDUM -- Pltfs. Terry Landry, Anthony Billiot and Eldon Benoit -- w/cert. of svc. (emh) |
| 81/02/13 | 5 | RESPONSE, CERT. OF SVC.--Mitchell Energy Offshore Corp.(ea) |
| 81/02/17 |  | APPEARANCES -- Joseph D. Jamail, Esq. for Mary Lou Palomarez, Paul Lee Fromberg and R.C. Quick; Terry E. Theriot for Atlantic Pacific Marine Corp, Mrs. Josefina Torres Smith and Mrs. Josafina Torres Smith, Individually, as Widow; G. Robert Friedman, Esq. for Brent Bowers; Newton B. Schwartz, P.C. for Mrs. Eddie Frederick and Mrs. James E. Perkins; Thomas L. Mahfouz, Esq. for Clarence Edgar Hanks and Billie Hanks; Charles Hanemann, Esq. for Patterson Services, Inc; Ronald E. Dauterive, Esq. for Earline Menard Guidry; Daniel E. Broussard, Jr., Esq. for Terry Paul Landry, Eldon J. Benoit and Anthony V. Billiot; John F. McKay, Esq. for James W. Lowery, Jr.; Huntington B. Downer, Jr., Esq. for Jennifer Fontenot; Robert S. Reich, Esq. for Bethlehem Steel Corp.; Charles J. Fleming, Esq. for Alabama Dry Dock & Shipbuilding Co.; R.W. Woolsey, Esq. for Mitchell Energy Offshore Corp.; Frank Caton, Esq. for American Bureau of Shipping; Robert N. Habans, Jr., Esq. for Insurance Co. of North America and Joseph Rushing; Joseph D. Cheavens, Esq. for Atlantic Pacific Marine Corp.; Jim L. Flegle, Esq. for Seahorse, Inc.; Allen van Emmerik, Esq. for pltfs. United States of America;      (ea) |
| 81/02/17 | 6 | RESPONSE -- Pltfs. Palomarex, Fromberg & Quick -- w/cert. of svc.  (emh) |
| 81/02/23 |  | APPEARANCE -- M/V DELTA SEAHORSE, HER ENGINES, TACKEL APPURTENANCES Jim L. Flegle, Esq. |

JPML FORM lA - Continuation                    DOCKET ENTRIES -- p._____
  ⊕

DOCKET NO. 457 -- In re Sinking of the Barge Ranger I Casualty Near Galveston,
                    Texas on May 10, 1979

| Date | Ref | Pleading Description |
|------|-----|---------------------|
| 81/02/24 | | APPEARANCE -- Martin W. Dies, Esq. for Wanda Sue Perkins, et al. |
| 81/02/26 | 7 | RESPONSE -- Pltf. Brent Bowers -- w/cert. of svc.  (emh) |
| 81/03/04 | | WAIVER OF ORAL ARGUMENT -- Halliburton Company.  (ds) |
| 81/03/23 | | HEARING ORDER -- Setting Motions to transfer A-1 - A-20 -- Panel hearing to be held in Washington, D.C. on April 30, 1981  (cds) |
| 81/04/06 | 8 | SUPPLEMENTARY RESPONSE -- Atlantic Pacific Marine Corp. -- w/cert. of service, and Exhibits A and B  (cds) |
| 81/04/27 | | HEARING APPEARANCES -- Robert S. Reich, Esq. for Bethlehem Steel Corp.; Jim L. Flegle, Esq. for Seahorse, Inc.; Joseph D. Cheavens, Esq. for American Bureau of Shipping, Atlantic Pacific Marine Corps; G. Robert Friedman, Esq. for Brent Bowers, R.C. Quick, Paul Lee Fromberg, Mary Lou Palomarez, Lela Perkins and Vicky Frederick; Joseph A. Reilly for Patterson Services, Inc., United States Fire Insurance Co. and International Surplus Lines Insurance Co.; Robert N. Habans, Jr., Esq. for Insurance Co. of North America and Joseph Rushing; Joseph D. Jamail, Esq. for R.C. Quick, Paul Lee Fromberg and Mary Lou Palomarez(ds) |
| 81/04/27 | | WAIVER OF ORAL ARGUMENT -- Halliburton Services, Earline Menard Guidry, et al., Mrs. Josefina Torres Smith, et al., Clarence Edgar Hanks (deceased) and Billie Hanks, et al., Terry Paul Landry, Eldon J. Benoit, and Anthony Billiot, Alabama Dry Dock and Shipbuilding Co., Jennifer Fontenot, et al., Mrs. Wanda Sue Perkins, et al., and Michell Energy Offshore Corp.  (ds) |
| 81/05/20 | | CONSENT OF TRANSFEREE COURT for assignment of litigation to the Honorable Hugh Gibson, S.D. Texas. (emh) |
| 81/05/20 | | TRANSFER ORDER transferring litigation to the Southern District of Texas pursuant to 28 U.S.C. §1407. (emh) |

JPML Form 1

Revised: 8/78

DOCKET NO. _457_ -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE RANGER I CASUALTY NEAR GALVESTON, TEXAS ON MAY 10, 1979

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| 4/30/81 | 5/20/81 | (TO) | | S.D. Texas | Hon. Hugh Gibson | |

### Special Transferee Information

Send all information
to Galveston

DATE CLOSED: _3/14/87_

LISTING OF INVOLVED ACTIONS

JPML FORM 1

DOCKET NO. 457 -- In re Sinking of the Barge RANGER I Casualty Near Galveston, Texas on
May 10, 1979

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | R. C. Quick v. Halliburton Co., et al. | S.D.Tex. Gibson | G-80-48 | | | | |
| A-2 | Paul Lee Fromberg v. Halliburton Co., et al. | S.D.Tex. Gibson | G-79-125 | | | | |
| A-3 | Mary Lou Palomarez, et al. v. Halliburton Co., et al. | S.D.Tex. Gibson | G-79-126 | | | | |
| A-4 | Mrs. Josefina Torres Smith, et al. v. Bethlehem Steel Corp., et al. | S.D.Tex. Gibson | G-80-127 | | | | |
| A-5 | Brent Bowers, et al. v. Bethlehem Steel Corp., et al. | S.D.Tex. Gibson | G-80-151 | | | | |
| A-6 | Mrs. Wanda Sue Perkins, et al. v. Bethlehem Steel Corp., et al. | S.D.Tex. Gibson | G-80-180 | | | | |
| A-7 | Mrs. James E. Perkins, etc., Bethlehem Steel Corp., et al. | S.D.Tex. Gibson | G-79-224 | | | | |
| A-8 | Clarence Edgar Hanks, et al. v. Mitchell Energy Offshore Corp., et al. | S.D.Tex. Gibson | G-79-227 | | | | |
| A-9 | Patterson Services, Inc., et al. v. Insurance Co. of North America, et al. | E.D.LA Cassibry | 80-1714(E) | MAY 2 0 1981 | G-81-172 | | |

DOCKET NO. 457 --

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-10 | Earline Menard Guidry, et al. v. Alabama Dry Dock & Shipbuilding Co. | E.D.LA Casibry | 80-1674(E) | MAY 2 0 1981 | G-81-193 | | |
| A-11 | Mrs. Josefina Torres Smith, et al. v. Alabama Dry Dock & Shipbuilding Co. | E.D.LA Cassibry | 80-1690(E) | MAY 2 0 1981 | G-81-194 | | |
| A-12 | Terry Paul Landry v. Insurance Co. of North America, et al. | E.D.LA Cassibry | 80-1735(G)(E) | MAY 2 0 1981 | G-81-191 | | |
| A-13 | Eldon J. Benoit v. Insurance Co. of North America, et al. | E.D.LA Cassibry | 80-1736(H)(E) | MAY 2 0 1981 | G-81-173 | | |
| A-14 | Anthony V. Billiot v. Insurance Co. Of North America, et al. | E.D.LA Cassibry | 80-1737(K)(E) | MAY 2 0 1981 | G-8-188 | | |
| A-15 | James W. Lowery, Jr. v. Atlantic Pacific Marine Corp., et al. | ~~E.D.LA~~ ~~Cassibry~~ S Tex. Gibson N | ~~80-1740(A)(E)~~ G-80-313 | | | | trans to Tex. S.11/21/80 |
| A-16 | Jennifer Fontenot, et al. v. Insurance Co. of North America., et al. | E.D.LA Cassibry | 80-2294(E) | MAY 2 0 1981 | G-8-19 | | |
| A-17 | Billie Hanks, et al. v. Alabama Dry Dock & Shipbuilding Co. | E.D.LA Cassibry | 80-3449(C)(E) | MAY 2 0 1981 | G-81-195 | | |
| A-18 | Patterson Services, Inc., et al. v. Alabama Dry Dock & Shipbuilding Co. | S.D.Ala. Thomas | 80-0282 | MAY 2 0 1981 | G-81-187 | | |
| A-19 | In the Matter of the Complaint of Atlantic Pacific Marine Corp., as owner of the Oil Screw RANGER I, In a cause of exoneration from or limitation of Liability | S.D.Tex. Gibson | G-79-90 | | | | |
| A-20 | Mrs. Eddie Frederick, etc. v. Bethlehem Steel Corp., et al. | S.D.Tex. Gibson | G-79-220 | | | | |

DOCKET NO. 457 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-21 | Robert Moak v. Atlantic Pacific Marine Corp. | S.D.Tex. | G80-22 | | | | |
| | *Jne 6 1982 - 12 XYZ - 21* | | | | | | |
| XYZ-22 | Mac Madison Johnson v. Atlantic & Pacific Marine Corp. | S.D.Tex. | G-79-154 | | | | |
| | *July 1983 - 1 XYZ - 22* | | | | | | |
| | *July 1984 - 22 Dis - Docket Closed* | | | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __457__ -- In re Sinking of the Barge Ranger I Casualty Near Galveston,

Texas, on May 10, 1979

| | |
|---|---|
| Appointed J. Gibsons Order 7/15/81 | |
| **LIAISON COUNSEL FOR PLAINTIFFS**<br>Robert Friedman, Esquire (713-528-4141)<br>Friedman & Chaffin<br>3500 Travis<br>Houston, Texas  77003<br><br>**LIAISON COUNSEL FOR DEFENDANTS<br>OTHER THAN ATLANTIC PACIFIC MARINE<br>CORP.**<br>Robert S. Reich, Esquire (504-523-6451)<br>Terriberry, Carroll, Yancey and Farrell<br>2100 International Trade Mart<br>New Orleans, Louisiana  70130<br><br>**LIAISON COUNSEL FOR ATLANTIC PACIFIC<br>MARINE CORP.**<br>Joe Cheavens, Esquire<br>Baker & Botts<br>3000 One Shell Plaza<br>Houston, Texas  77002 | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 457 -- IN RE SINKING OF THE BARGE RANGER I CASUALTY NEAR

GALVESTON, TEXAS ON MAY 10,1979

---

R. C. QUICK (A-1)
PAUL LEE FROMBERG (A-2)
MARY LOU PALOMAREZ, ET AL. (A-3)
Joseph D. Jamail, Esq.
Jamail, Kolius & Mithoff
3300 One Allen Center
Houston, Texas 77002

MRS. JOSEFINA TORRES SMITH, ET AL.(A-4)
  (A-11)
IN THE MATTER OF THE COMPLAINT OF
  ATLANTIC PACIFIC MARINE CORP., AS
  OWNER OF THE OIL SCREW RANGER I, IN
  A CAUSE OF EXONERATION FROM OR
  LIMITATION OF LIABILITY (A-19)
Terry E. Theriot, Esq.
Post Office Box 2234
Lafayette, Louisiana 70502

BRENT BOWERS, ET AL. (A-5)
G. Robert Friedman, Esq.
Friedman and Chaffin
3500 Travis
Houston, Texas 77002 713-528-4141

MRS. WANDA SUE PERKINS, ET AL.(A-6)
Martin W. Dies, Esq.
Stephenson, Thompson & Dies
P.O. Box 490
712 Division St.
Orange, Texas 77630

---

MRS. JAMES E. PERKINS, ETC. (A-7)
MRS. EDDIE FREDERICK, ETC. (A-20)
Newton B. Schwartz, P.C.
Suite 700, 609 Fannin
Houston, Texas 77002

---

CLARENCE EDGAR HANKS (deceased) (A-8)
BILLIE HANKS, ET AL. (A-17)
Thomas L. Mahfouz, Esq.
Lippman, Mahfouz, Martin
Post Office Box 2526
Morgan City, La. 70380

PATTERSON SERVICES, INC., ET AL.
  (A-9), (A-18)
Charles Hanemann, Esq.
Henderson, Hanemann & Morris
300 Lafayette Street
Houma, La. 70360

EARLINE MENARD GUIDRY, ET AL. (A-10)
Ronald E. Dauterive, Esq.
Simon & Dauterive
1408 Pinhook Road
Post Office Box 52116
Lafayette, La. 70505

TERRY PAUL LANDRY (A-12)
ELDON J. BENOIT (A-13)
ANTHONY V. BILLIOT (A-14)
Daniel E. Broussard, Jr., Esq.
Broussard, Bolton & Halcomb
Post Office Box 1311
912 Fifth Street
Alexandria, La. 71301

JAMES W. LOWERY, JR. (A-15)
John F. McKay, Esq.
7465 Exchange Place
Baton Rouge, La. 70806

JENNIFER FONTENOT, ET AL. (A-16)
Huntington B. Downer, Jr., Esq.
Post Office Box 7015
Houma, La. 70361

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. _____

DOCKET NO. __457__ -- _____

HALLIBURTON CO.
(No Appearance Received)
William E. Matthews, Esq.
Sewell & Riggs
900 Capital National Bank Building
Houston, Texas  77002

BETHLEHEM STEEL CORP.
Robert S. Reich, Esq.
Terriberry, Carroll, Yancey & Farrell
2100 International Trade Mart
New Orleans, La.  70130
504-523-6451

ALABAMA DRY DOCK & SHIPBUILDING CO.
Charles J. Fleming, Esq.
Post Office Box 290
Mobile, Al.  36601

MITCHELL ENERGY OFFSHORE CORP.
R. W. Woolsey, Esq.
Kleberg, Dyer, Redford & Weil
Post Office Box 2446
Corpus Christi, Texas  78403

UNITED STATES OF AMERICA
Allen van Emmerik, Esq.
Torts Branch, Civil Division
U. S. Department of Justice
Washington, D. C.  20530

AMERICAN BUREAU OF SHIPPING
Frank Caton, Esq.
Crain, Caton, James & Womble
3300 Two Houston Center
Houston, Texas  77010

INSURANCE COMPANY OF NORTH AMERICA
JOSEPH RUSHING
Robert N. Habans, Jr., Esq.
McGlinchey, Stafford & Mintz
630 Camp Street
Post Office Box 2000
New Orleans, La.  70176

ATLANTIC PACIFIC MARINE CORP.
Joseph D. Cheavens, Esq.
Baker & Botts
3000 One Shell Plaza
Houston, Texas  77002

SEAHORSE, INC.
Jim L. Flegle, Esq.
Bracewell & Patterson
2900 South Tower Pennzoil Place
Houston, Texas  77002

M/V DELTA SEAHORSE
HER ENGINES
TACKLE APPURTENANCES
IMCO SERVICES A DIV. OF HALLIBURTON
HALLIBURTON SERVICES A DIV. OF HALLIBURTON
HOUMA WELDERS AND/OR HOUMA INDUSTRIES,INC.
INTERNATIONAL HAMMER SERVICES AND/OR
   TIDEWATER INTERNATIONAL, INC.
RON CALVIN
JOE RUSHING
No Appearances Received for the
 above listed defendants which were
 taken from Movants schedule of cases

M/V DELTA SEAHORSE
HER ENGINES
TACKEL APPURTENANCES
Jim F. Flegle, Esquire
Bracewell & Patterson
(See Address Above)

JPML FORM 3

p. _____

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __457__ -- In re Ranger I Casulty Near Galveston, Texas on
on May 10, 1979

| Name of Party | Named as Party in Following Actions |
|---|---|
| Halliburton Co. | A-1, A-2, 3, A-4, A-6, A-8 A-20 |
| Bethlehem Steel Corp. | A-1, A-2, A-3, A-4, A-5, A-6, A-7, A8, A-12, A-13, A-14 A-16, A-13   A-20 |
| Alabama Dry Dock & Ship-building Co. | A-1, A-2, A-3, A-4, A-5, A-6,   A-7, A8, A-10, A-11, A-12 A-13, A-14, A-15, A-18, A-20, A-16, A-17, A-18 |
| Mitchell Energy Offshore Corp. and/or Mitchell Production Co. | A-1, A-2, A-3, A-4, A-5, A-6, A-7, A8, A-12, A-13, A-14 A-15, A-16, A-20, A-18 |
| United States of America | A-4, A-6, A-7, A8, A-12, A-13, A-20, A-14, A-16, A-18 |
| American Bureau of Shipping | A-4, A-5, A-6, A-7, A-8, A-11, A-13, A-20 |
| ✓ | |
| Insurance Co. of North America | A-4, A8, A-12, A-13, A-15, A-16, A-18 |
| Atlantic Pacific Marine Corp. | A-8, A-15 |
| Seahorse, Inc. | A-12, A-13, A-14, A-18 |
| M/V Delta Seahorse | A-18 |
| Her Engines | A-18 |

p. _____

| | |
|---|---|
| Tackle Appurtenances | |
| Imco Services<br>A Div. of Halliburton | A-12—A-13 |
| Halliburton Services<br>A Div. of Halliburton | A-13 |
| Houma Welders<br>and/or Houma Industries,<br>Inc. | |
| White Lightning, Inc. | A-15 |
| International Hammer<br>Services and/or<br>Tidewater International,<br>Inc. | A-15 |
| Ron Calvin | A-1 |
| Joe Rushing | A-11 |
| | |
| | |
| | |